```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SCOTT JAMES
6
```

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

```
11 UNITED STATES OF AMERICA,      )  Case No. 2:11-CR-208 GEB
                                  )
12             Plaintiff,         )  STIPULATION AND [PROPOSED ORDER]
                                  )  TO CONTINUE STATUS CONFERENCE TO
13       v.                       )  JULY 22, 2011
                                  )
14 SCOTT JAMES,                   )  Date:  June 10, 2011
                                  )  Time:  9:00 a.m.
15             Defendant.         )  Judge: Garland E. Burrell, Jr.
                                  )
16 _____)
```

18  THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. James, that the Court should vacate the status conference scheduled for June 10, 2011, at 9:00 a.m., and reset it for July 22, 2011, at 9:00 a.m.

22  Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

24  It is further stipulated by the parties that the Court should exclude the period from the date of this order through July 22, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's

request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 9, 2011                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M. Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorney for Scott James

Dated: June 9, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M. Petrik for P. Hemesath
                                       _____
                                       PAUL HEMESATH
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on July 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Defendant's Stipulation and Order       -2-