DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SCOTT JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 11-208 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED ORDER] TO CONTINUE STATUS CONFERENCE TO |
| v. | ) ) | JULY 29, 2011, AT 9:00 A.M. |
| SCOTT JAMES, | ) ) | Date:  July 22, 2011 Time:  9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. James, that the Court should vacate the status conference scheduled for July 22, 2011, at 9:00 a.m., and reset it for July 29, 2011, at 9:00 a.m.

Counsel for Mr. James requires further time to review discovery, and to confer with him.

The parties also stipulate that the Court should exclude the period from the date of this order through July 29, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

1

parties stipulate that the ends of justice served by granting Mr. James' request for a continuance outweigh the best interest of the public and Mr. James in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 20, 2011                     Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M.Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorney for Scott James

Dated: July 20, 2011                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for
                                         _____
                                         PAUL HEMESATH
                                         Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on July 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). For the reasons set forth above, the Court finds that the ends of justice served by granting Mr. James' request for a continuance outweigh the best interest of the public and Mr. James in a speedy trial.

Dated: July 21, 2011

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

2