```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    SCOTT JAMES
 6

 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 11-208 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED ORDER] |
| | ) TO SET HEARING ON SEPTEMBER 30, |
| v. | ) 2011, AT 9:00 A.M.; PROPOSED |
| | ) BRIEFING SCHEDULE |
| SCOTT JAMES, | ) |
| | ) Date:  July 29, 2011 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell |
| _____ | ) |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. James, that the Court should vacate the status conference scheduled for July 29, 2011, at 9:00 a.m., and set a hearing on defendant's motions on September 30, 2011, at 9:00 a.m.

Counsel for Mr. James requires this time to review discovery, confer with Mr. James, and to prepare motions on behalf of Mr. James.

/ / /

/ / /

/ / /

/ / /

1

1     The parties stipulate that Mr. James will file motions on or
2 before August 26, 2011; that the government will file an opposition on
3 or before September 16, 2011; and that Mr. James may file an optional
4 reply on or before September 23, 2011.
5     The parties also stipulate that the Court should exclude the
6 period from the date of this order through September 30, 2011, when it
7 computes the time within which the trial of the above criminal
8 prosecution must commence for purposes of the Speedy Trial Act.  The
9 parties stipulate that the ends of justice served by granting Mr.
10 James' request outweigh the best interest of the public and Mr. James
11 in a speedy trial, and that this is an appropriate exclusion of time
12 for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A)
13 and (B) (Local Code T4).

Dated: July 27, 2011                Respectfully submitted,

                                        DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorney for Scott James

Dated: July 27, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for
                                      _____
                                      PAUL HEMESATH
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on September 30, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). For the reasons set forth above, the Court finds that the ends of justice served by granting Mr. James' request for a continuance outweigh the best interest of the public and Mr. James in a speedy trial.

Dated: July 29, 2011

GARLAND E. BURRELL, JR.
United States District Judge

3