DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SCOTT JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>SCOTT JAMES,<br><br>     Defendant.<br>_____ | No. 11-208 GEB<br><br>STIPULATION AND [PROPOSED ORDER]<br>TO SET HEARING ON OCTOBER 21,<br>2011, AT 9:00 A.M.; PROPOSED<br>BRIEFING SCHEDULE<br><br>Date: September 30, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant

United States Attorney, and Michael Petrik, Jr., attorney for Mr.

James, that the Court should vacate the status conference scheduled for

September 30, 2011, at 9:00 a.m., and set a hearing on defendant's

motions on October 21, 2011, at 9:00 a.m.

Counsel for Mr. James requires this time to review discovery,

confer with Mr. James, and to prepare motions on behalf of Mr. James.

/ / /

/ / /

/ / /

/ / /

1

1    The parties stipulate that Mr. James will file motions on or

2  before September 16, 2011; that the government will file an opposition

3  on or before October 7, 2011; and that Mr. James may file an optional

4  reply on or before October 14, 2011.

5    The parties also stipulate that the Court should exclude the

6  period from the date of this order through October 21, 2011, when it

7  computes the time within which the trial of the above criminal

8  prosecution must commence for purposes of the Speedy Trial Act.  The

9  parties stipulate that the ends of justice served by granting Mr.

10  James' request outweigh the best interest of the public and Mr. James

11  in a speedy trial, and that this is an appropriate exclusion of time

12  for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A)

13  and (B) (Local Code T4).

14  Dated: August 25, 2011              Respectfully submitted,

15                                      DANIEL BRODERICK
                                        Federal Defender
16
                                        /s/ M. Petrik
17                                      _____
18                                      MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorney for Scott James
19
20  Dated: August 25, 2011              BENJAMIN B. WAGNER
                                        United States Attorney
21
                                        /s/ M. Petrik for
22                                      _____
23                                      PAUL HEMESATH
                                        Assistant U.S. Attorney

24

25

26

27

28                                      2

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the hearing on October 21, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).  For the reasons set forth above, the Court finds that the ends of justice served by granting Mr. James' request for a continuance outweigh the best interest of the public and Mr. James in a speedy trial.

Dated:  August 26, 2011

GARLAND E. BURRELL, JR.
United States District Judge

3