BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEEMSATH
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO.  2:11-CR-208 GEB |
| ) | |
| Plaintiff,   ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO CONTINUE HEARING AND MODIFY** |
| v.   ) | **BRIEFING SCHEDULE** |
| ) | |
| SCOTT JAMES,   ) | Date: October 21, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant.   ) | Judge: Hon. Garland E. Burrell |
| ) | |
| ) | |

    THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Michael Petrik, Jr., attorney for defendant SCOTT JAMES, that the Court should vacate the hearing date scheduled for October 21, 2011, at 9:00 a.m., at 9:00 a.m., and reset that hearing on defendant's motion on November 18, 2011, at 9:00 a.m.

    The government has made diligent efforts to respond to JAMES's motion but the government requires additional time to ensure the assimilation of all relevant facts; counsel for JAMES requires this time to continue to review discovery, and to confer with JAMES regarding the motion and other matters relevant to his defense.

    The parties stipulate that the government will file an

opposition to JAMES's motion on or before November 4, 2011; and that JAMES may file an optional reply on or before November 11, 2011.

    The parties also stipulate that the Court should exclude the period from the date of this order through the disposition of the pending motion, pursuant to 18 U.S.C. § 3161(h)(1)(D) (pre-trial motions) when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the parties' request outweigh the best interest of the public and JAMES in a speedy trial.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                    United States Attorney

DATED:  October 6, 2011         Paul A. Hemesath
                                    PAUL A. HEMESATH
                                    Assistant United States Attorney

DATED:  October 6, 2011         /s/ Michael Petrik, Jr.
                                    MICHAEL PETRIK, JR.
                                    Attorney for Defendant
                                    SCOTT JAMES

[PROPOSED] **O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: October 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge