BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-208 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |
| v. | |
| SCOTT JAMES, | Date: November 18, 2011 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Michael Petrik, Jr., attorney for defendant SCOTT JAMES, that the Court should modify the briefing schedule to change the due date for the government's response from Friday, November 4, 2011, to Monday, November 7, 2011.

The government has made diligent efforts to respond to JAMES's motion but the government requires a short extension of time to ensure the proper portrayal of the relevant facts.

///

///

///

All other dates are requested to remain the same, including the hearing date on November 18, 2011.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: November 4, 2011                 Paul A. Hemesath
                                        PAUL A. HEMESATH
                                        Assistant United States Attorney

DATED: November 4, 2011                 /s/ Michael Petrik, Jr.
                                        MICHAEL PETRIK, JR.
                                        Attorney for Defendant
                                        SCOTT JAMES

[PROPOSED] **O R D E R**

   IT IS SO ORDERED.

Date:   11/7/2011

_____
GARLAND E. BURRELL, JR.
United States District Judge