DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SCOTT JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 11-208 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED ORDER] TO SET HEARING ON DECEMBER 16, 2011, AT 9:00 A.M.; PROPOSED BRIEFING SCHEDULE |
| v. | ) ) | |
| SCOTT JAMES, | ) ) | Date:  November 18, 2011 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. James, that the Court should vacate the motion hearing scheduled for November 18, 2011, at 9:00 a.m., and reset the hearing on December 16, 2011, at 9:00 a.m.

Counsel for Mr. James requires this time to review discovery, confer with Mr. James, and to prepare further motions on behalf of Mr. James.

The parties stipulate that Mr. James may file a reply brief on or before December 9, 2011.

The parties also stipulate that the Court should exclude the period from the date of this order through December 16, 2011, when it

1

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. James' request outweigh the best interest of the public and Mr. James in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 8, 2011            Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender

Dated: November 8, 2011            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for
                                   _____
                                   PAUL HEMESATH
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on December 16, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). For the reasons set forth above, the Court finds that the ends of justice served by granting Mr. James' request for a continuance outweigh the best interest of the public and Mr. James in a speedy trial.

Dated:  November 8, 2011

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

2